UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-2362-JJO

UNITED STATES

v.

JESUS TELLO, et. al.,

_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the attached Complaint, Complaint Affidavit, Arrest Warrant and this motion and any resulting Order be SEALED, until further order of the Court or the Arrest of the First Defendant, whichever occurs first, excepting the United States Attorney's Office which may obtain copies of the search warrant or other sealed documents for the purpose of furthering the ongoing investigation. The United States makes this request because if persons involved in the crimes listed in the application learned of details regarding this investigation, those persons could decide to flee, to harm witnesses to their crimes, destroy evidence, or take others steps to impede the investigation. Also, should details of the investigation become public knowledge, this could also affect the ability

of investigators to continue the investigation. Should further information be required, the United States is prepared to respond.

                                      Respectfully submitted,

                                      WIFREDO A. FERRER
                                      UNITED STATES ATTORNEY

By:          /s/ Anthony W. Lacosta
                                      ANTHONY W. LACOSTA
                                      ASSISTANT U.S. ATTORNEY
                                      Court No. A5500698
                                      99 N.E. 4th Street, Ste. 800
                                      Miami, Florida 33132
                                      Tel:      (305) 961-9280
                                      Fax:     (305) 536-4676
                                      Email:  anthony.lacosta@usdoj.gov