UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-2362-JJO

UNITED STATES

v.

JESUS TELLO, et. al.,

_____/

## ORDER

The United States of America, having applied to this Court for an Order sealing the Complaint, Complaint Affidavit, Arrest Warrant, and other related documents and the Court finding good cause, that is, that is the perpetrators may flee, evidence may be destroyed, the integrity of the ongoing investigation might be compromised, and the safety of witnesses could be placed at risk:

IT IS HEREBY ORDERED that the complaint, affidavit, arrest warrants, the government's motion and this Order shall be sealed until the arrest of the first defendant or until further order of this Court, whichever event occurs first..

DONE AND ORDERED in chambers at Miami, Florida, this 19 of March, 2015.

_____
JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE - SDFL