

# United States District Court
## Southern District of Florida

Sealed

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 15-2362

vs.

REPORT COMMENCING CRIMINAL ACTION

Jesus A. Tello
Defendant

USMS NUMBER

TO: CLERK'S OFFICE            (MIAMI)       FT. LAUDERDALE       W. PALM BEACH
U.S. DISTRICT COURT           (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: March 20, 2015  A.M. 6:27 P.M.

(2) LANGUAGE SPOKEN: English + Spanish

(3) OFFENSE CHARGED: _____

(4) DATE OF BIRTH: 12/3/75

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
{ } INDICTMENT                    {✓} COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: Southern District of Florida

(6) REMARKS: _____

(7) DATE: 3/20/15    (8) ARRESTING OFFICER: S/A Donald Morin

(9) AGENCY: FBI - Miami    (10) PHONE: O# 754-703-3467  Cell # ~~961-~~

(11) COMMENTS: _____