# United States District Court
## Southern District of Florida

**Sealed**

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 15-2362-JJo

VS.

REPORT COMMENCING CRIMINAL ACTION

**REINALDO MARTIN CRUZ**
Defendant

USMS NUMBER

TO: CLERK'S OFFICE        (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT       (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

---

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: 3/20/2015   0615   A.M. ✓   P.M. ___

(2) LANGUAGE SPOKEN: ENGLISH, SPANISH

(3) OFFENSE CHARGED: WIRE FRAUD 18 U.S.C. §1343 + §1346; BRIBES TO PUBLIC OFFICIAL 18 USC §666 (A)(1)(

(4) DATE OF BIRTH: 11-04-84

(5) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
{✓} INDICTMENT       { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: SOUTHERN DISTRICT OF FLORIDA

(6) REMARKS: _____

(7) DATE: 3/20/2015    (8) ARRESTING OFFICER: TFO ALBERTO ECHABURU

(9) AGENCY: FBI-MIAMI              (10) PHONE: 754-703-3477

(11) COMMENTS: _____