

# United States District Court
## Southern District of Florida

**Sealed**

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 15-2362

VS.

REPORT COMMENCING CRIMINAL ACTION

MICHAEL PEREZ
Defendant

USMS NUMBER

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

(MIAMI)    FT. LAUDERDALE    W. PALM BEACH
(CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: March 20, 2015   7:30  A.M. ___  P.M. X

(2) LANGUAGE SPOKEN: ENGLISH/SPANISH

(3) OFFENSE CHARGED: Conspiracy

(4) DATE OF BIRTH: 10-23-92

(5) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   { } INDICTMENT            {X} COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORIGINAL DISTRICT: Southern District of Florida

(6) REMARKS: _____

(7) DATE: 3/20/15   (8) ARRESTING OFFICER: SA Joyce Williams

(9) AGENCY: FBI   (10) PHONE: 754-703-2000

(11) COMMENTS: _____