

# United States District Court
## Southern District of Florida

**Sealed**

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 15-2362-JJO

VS.

REPORT COMMENCING CRIMINAL ACTION

**RONALD ALFARO**
Defendant

USMS NUMBER

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

(MIAMI)   FT. LAUDERDALE   W. PALM BEACH
(CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: 3/20/15   (A.M.) 7:30 P.M.

(2) LANGUAGE SPOKEN: ENGLISH, SPANISH

(3) OFFENSE CHARGED: Program Fraud 18 USC 666(a)(1)(B) / 18 USC 1343 + 1346   Wire Fraud/Conspiracy

(4) DATE OF BIRTH: 02-01-88

(5) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
{ } INDICTMENT   {✓} COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: Southern District

(6) REMARKS:

(7) DATE: 03-20-2015   (8) ARRESTING OFFICER: Donald Morin

(9) AGENCY: FBI-MIAMI   (10) PHONE: (754) 703-3467

(11) COMMENTS: