

# United States District Court
## Southern District of Florida

Sealed

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 15-2362-JJO

VS.

REPORT COMMENCING CRIMINAL ACTION

ARISTIDES PAULINO
Defendant

USMS NUMBER

TO: CLERK'S OFFICE     (MIAMI)     FT. LAUDERDALE     W. PALM BEACH
U.S. DISTRICT COURT   (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: MARCH 20, 2015     A.M. 7:25   P.M.

(2) LANGUAGE SPOKEN: ENGLISH

(3) OFFENSE CHARGED: 18 USC, 371, 1343, 1346

(4) DATE OF BIRTH: 08-09-83

(5) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   {X} INDICTMENT             {X} COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORIGINAL DISTRICT:

(6) REMARKS:

(7) DATE: 03/20/2015   (8) ARRESTING OFFICER: SA Donald Morin

(9) AGENCY: FBI Miami   (10) PHONE: (754) 703-3467

(11) COMMENTS: