AO 442 (Rev. 01/09) Arrest Warrant

FBI 9763003

RECEIVED
UNITED STATES MARSHAL

2015 MAR 23 AM 8: 33

SOUTHERN DISTRICT
OF FLORIDA
FERGUSON BLDG

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Aristides Paulino | ) Case No. ~~15-2362-JJO~~ |
| Defendants. | ) 15-20223 CR |
| | ) ~~SEALED~~ Cooke |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Aristides Paulino,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

General Conspiracy (18 U.S.C.§ 371); that is, to commit wire fraud (deprivation of honest services) in violation of 18 U.S.C. § 1343 and 1346; and conspiracy to give bribes to a public official, or accept bribes as a public official, in connection with a state or local government agency receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(B) and (a)(2).

Date: 03/19/2015

*Issuing officer's signature*

City and state: Miami, Florida

John O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03-23-2015, and the person was arrested on *(date)* 03-20-2015
at *(city and state)* Miami, FL by FBI.

Date: 03-26-2015

BY: JOE GODSK, SDUSM, SD/FL
*Arresting officer's signature*

AMOS ROJAS JR., U.S. MARSHAL, SD/FL
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-2362-JJO

### BOND RECOMMENDATION

DEFENDANT: Aristides Paulino

250,000 PSB
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Anthony W. Lacosta

Last Known Address: _____

What Facility: _____

Agent(s): FBI
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)